# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0022
_____

MARK MARQUIS VEREEN,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

_____

On appeal from the Circuit Court for Alachua County.
William E. Davis, Judge.

January 17, 2024

PER CURIAM.

AFFIRMED. *See Dubois v. State*, 247 So. 3d 34, 36 (Fla. 1st DCA 2018) (affirming the denial of a motion for judgment of acquittal where the defendant previously had "limited, implied consent to enter the home," but the jury received evidence that the consent was revoked).

B.L. THOMAS, ROWE, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jessica J. Yeary, Public Defender, and Barbara J. Busharis, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Daren L. Shippy, Assistant Attorney General, Tallahassee, for Appellee.